

# *JAMES C. NEVILLE*
# *ATTORNEY AT LAW*

14 VANDERVENTER AVENUE
SUITE 115
POST OFFICE BOX 1711
PORT WASHINGTON, NEW YORK 11050
TELEPHONE: (516) 883-5905
FACSIMILE:   (516) 883-9508
E-MAIL: **jcneville@optonline.net**

---

December 9, 2009

Honorable Thomas C. Platt
Senior United States District Judge
United States Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722

      Re: U.S.A. v. Mark Ingram, 09 Cr. 00071 (TCP)

Dear Judge Platt:

      This letter is filed respectfully to request permission from this Honorable Court that two people from CBS News be permitted to enter the Queens Correctional Facility to interview Mr. Ingram. As the Court may be aware, Mr. Ingram's son is a college football player who is one of the finalists for the Heisman Trophy, given to the best college football player during the year.

      The U.S. Marshal Service has mandated that Your Honor and the prosecutor indicate that you have no objection to CBS News' request.

      Mr. Ingram has said he will be willing to speak to CBS so long as his case is not discussed. I agree with Mr. Ingram, that so long as the case before this Honorable Court is not discussed, I do not object to CBS's request.

      I am assigned to represent Mr. Ingram pursuant to the Criminal Justice Act, and I state to Your Honor that I will not be charging for the time I am spending on helping CBS to set this up, as this all has nothing to do with my representation of Mr. Ingram before Your Honor.

1

Richard Donoghue, Esq., the Assistant United States Attorney on this matter has informed me that he will not object to this request.

I thank this Honorable Court for the consideration of my respectful request.

Respectfully submitted,

James C. Neville, Esq.
Counsel for Mr. Mark Ingram

Via ECF, and Facsimile

Richard Donoghue, Esq., AUSA

2