**CHAMBERS OF**
**THOMAS C. PLATT**
DISTRICT JUDGE

United States District Court
Eastern District of New York
Central Islip, New York 11722-9014

MAILING ADDRESS:
P.O. Box 9014

EXPRESS MAIL ADDRESS:
100 Federal Plaza



December 9, 2009

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ DEC 09 2009 ★

LONG ISLAND OFFICE

James C. Neville, Esq.
14 Vanderventer Avenue
Suite 115
P.O. Box 1711
Port Washington, New York 11050

   Re: United States v. Mark Ingram
     <u>Docket Number 09-CR-00071 (TCP)</u>

Dear Mr. Neville:

   In reply to your letter dated December 9, 2009, requesting permission that two people from CBS News be permitted to enter the Queens Correctional Facility to interview Mr. Mark Ingram, this Court has no objection to CBS News request provided that the case before this Court is not discussed; that James C. Neville, Esq., will not be charging for the time he is spending on assisting CBS; that this interview has nothing to do with his representation of Mr. Ingram before this Court and that Assistant United States Attorney Richard Donoghue has no objection to this request.

             Sincerely,

             THOMAS C. PLATT
             United States District Judge

TCP:tp

cc: Richard Donoghue, AUSA