# JAMES C. NEVILLE
*ATTORNEY AT LAW*

14 VANDERVENTER AVENUE
SUITE 115
POST OFFICE BOX 1711
PORT WASHINGTON, NEW YORK 11050
TELEPHONE:  (516) 883-5905
FACSIMILE:   (516) 883-9508
E-MAIL:  jcneville@optonline.net

_____

January 6, 2010

Honorable Thomas C. Platt
Senior United States District Judge
United States Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re:   U.S.A. v. Mark Ingram, 09 Cr. 71 (TCP)

Dear Judge Platt:

On consent of the parties, the Office of the United States Attorney, by Richard Donoghue, Esq., Assistant U.S. Attorney, and James C. Neville, Esq., counsel for the Defendant, Mark Ingram, it is respectfully requested that the sentencing in this matter, presently scheduled for Friday, January 8, 2010, be continued to a date in the middle to the end of February, 2010.

As this Honorable Court is aware, the defense has requested permission for a psychological exam to be conducted by Sanford Drob, Psychologist.  Such exam was initiated, but Dr. Drob has informed me by telephone today that he will need to see Mr. Ingram once more before Dr. Drob can render a report.

I have spoken to Richard Donoghue, Esq., the Assistant U.S. Attorney assigned to the case, and Mr. Donoghue has no objection to this request.

This Honorable Court's consideration of this respectful request is most appreciated.

                    Submitted respectfully,

                          /s/

                    James C. Neville, Esq.
                    Counsel for Mark Ingram

CC:  Richard Donoghue, Esq., AUSA
       Clerk of the Court, EDNY