# JAMES C. NEVILLE
**Attorney at Law**
14 Vanderventer Avenue, Suite 115
Post Office Box 1711
Port Washington, New York 11050
Telephone:  (516) 883-5905
Facsimiles:  (516) 883-4954;  (516) 883-9508
E-mail:  jcneville@optonline.net

March 4, 2010

Honorable Thomas C. Platt
Senior United States District Judge
United States Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re:  U.S.A. v. Mark Ingram, 09 Cr. 71-01

Dear Judge Platt:

On consent of the parties, the Office of the United States Attorney, by Richard Donoghue, Esq., Assistant United States Attorney, and James C. Neville, Esq., counsel for Mr. Ingram, it is respectfully requested that the sentencing in this matter, presently scheduled for Friday, March 5, 2010, be continued to March 22, 2010, at 10:00 a.m.

Respectfully submitted,
/s/

James C. Neville, Esq.
Counsel for Mark Ingram

CC:  Clerk of the Court
      Richard Donoghue, Esq. AUSA
      (By ECF)